Order issued: October 29 , 2012



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-12-00588-CV

**JOSEPH HEVEY, IN HIS CAPACITY AS CO-TRUSTEE**
**OF THE WILL SLIP 2011 TRUST, Appellant**

**V.**

**MARGARET HUNDLEY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12482**

## ORDER

We **GRANT** appellee's October 24, 2012 second unopposed motion for an extension of time to file a brief. Appellee shall file her brief on or before November 7, 2012. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

_____
CAROLYN WRIGHT
CHIEF JUSTICE